820

No. 84–1798. Collins v. Anndep Steamship Corp. C. A. 3d Cir. Certiorari denied.

No. 84–1799. French v. Mead Paper Corp., Forms Paper Division. C. A. 6th Cir. Certiorari denied.

No. 84–1801. Inupiat Community of the Arctic Slope et al. v. United States et al. C. A. 9th Cir. Certiorari denied.

No. 84–1802. Earl's Pump & Supply Co., Inc., et al. v. Colberg, Inc. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 84–1807. Grocery Manufacturers of America, Inc. v. Gerace, Commissioner, New York Department of Agriculture and Markets, et al. C. A. 2d Cir. Certiorari denied.

No. 84–1814. Meadows v. New York. Ct. App. N. Y. Certiorari denied.

No. 84–1816. Smith v. New Jersey. Super. Ct. N. J., App. Div. Certiorari denied.

No. 84–1819. Avondale Shipyards, Inc. v. Rosetti. C. A. 5th Cir. Certiorari denied.

No. 84–1822. Kerpelman v. Land et al. C. A. 4th Cir. Certiorari denied.

No. 84–1823. Administrators of the Tulane Educational Fund v. Cooley. Sup. Ct. Miss. Certiorari denied.

No. 84–1827. Simone v. Golden Nugget Hotel & Casino, t/a G. N. A. C. Corp. C. A. 3d Cir. Certiorari denied.

No. 84–1828. Rader v. Wisconsin Board of Attorneys Professional Responsibility. Sup. Ct. Wis. Certiorari denied.